IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CR 20-614 KG |
| ) | |
| **FNU LNU a/k/a "Kevin," et al.**, ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' NOTICE OF RELATED CASES

The United States of America notifies the Court that the subject matter in the above-captioned case is related to the subject matter in the following cases:

1. US v. Manuel Abdul Olivares, et al., CR 20-611 KG;

2. US v. Jorge Marquez, et al., CR 20-612 KG;

3. US v. Elizabeth Delgado Barcena, et al., CR 20-618 KG;

4. US v. Elizabeth Delgado Barcena, CR 20-619 KG;

5. US v. Elizabeth Delgado Barcena, et al., CR 20-620 KG;

6. US v. Delfina Yolanda Perez-Briones, CR 20-622 RB;

7. US v. Ivan Alberto Ronquillo, et al., CR 20-625 KG;

8. US v. Gabriel Natividad, CR 19-3987 VJ1;

9. US v. Magaly Stefanny Jara-Rodriguez, CR 19-3799 VJ1; and

10. US v. Delfina Yolanda Perez-Briones, et al., No. 20-mj-0813.

The United States hereby represents that the theories of prosecution, facts, evidence and witnesses in the listed cases are substantially common to one another. The United States respectfully suggests that all of the listed cases should be assigned to a single United States District Judge of this Court in the interest of judicial economy. Moreover, assignment of all of the listed

cases to a single United States District Judge of this Court will minimize the risk of disparate treatment of similarly situated criminal defendants.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically Filed 3/5/2020*
SELESIA L. WINSTON
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*Electronically Filed 3/5/2020*
SELESIA L. WINSTON
Assistant U.S. Attorney